IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 313

BETTY MCCOY, )
       Plaintiff, )
v. )    ORDER
)
COOK INCORPORATED, )
COOK MEDICAL, LLC, and )
WILLIAM COOK EUROPE, APS, )
)
       Defendants. )
_____ )

    This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Janet Ward Black. The Motion indicates that Ms. Black, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Jessica Glitz, who the Motion represents as being a member in good standing of the Bar of the State of Texas. It further appears that the requisite admission fee has been paid.

    Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Jessica Glitz to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 31, 2019

W. Carleton Metcalf
United States Magistrate Judge